32 So.2d 178

**Bernard FLEMING v. STATE.**

**8 Div. 587.**

Court of Appeals of Alabama.
May 27, 1947.

J. Foy Guin, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 32

**Earnest FORD v. CITY OF HUNTSVILLE.**

**8 Div. 599.**

Court of Appeals of Alabama.
Jan. 22, 1948.

PER CURIAM. ·
Appeal dismissed, want of prosecution.

34 So.2d 868

**Earnest FORD v. STATE.**

**8 Div. 600.**

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State

CARR, Judge.
Appeal dismissed.

34 So.2d 32

**William Earnest FORD v. CITY OF HUNTSVILLE.**

**8 Div. 598.**

Court of Appeals of Alabama.
Jan. 22, 1948.

PER CURIAM.
Appeal dismissed, want of prosecution.

29 So.2d 896

**Rich FORSYTHE, alias v. STATE.**

**4 Div. 946.**

Court of Appeals of Alabama.
Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

29 So.2d 896

**Ellen L. FRANKLIN v. STATE.**

**6 Div. 297.**

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.